# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Paul Anthony McDermott, | ) | Case No. 1:15-cr-043 |
| Defendant. | ) | |

Defendant was conditionally released pending final disposition of this matter. One of defendant's release conditions was that he was to submit to electronic monitoring.

On April 11, 2016, the Pretrial Services Office contacted to the court to recommend that defendant's conditions of release be modified to no longer require electronic monitoring. It reports that defendant's performance while on release has been exemplary. It further advises that the Government has no objection to its recommendation.

There being no objection from the Government, the court shall modify defendant's release conditions as recommended by the Pretrial Services Office. Accordingly, the court strikes the condition of release requiring electronic monitoring of defendant. All other conditions of release previously imposed upon defendant by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court